**DATE:** 6/18/10        **CASE NUMBER:** 1:09cv596        **START** 10:00

**JUDGE:**   HILTON        **REPORTER:** R. Wilson        **END**   10:17

**PARTIES:**                                **ATTORNEYS:**

**WHITNEY, BRADLEY & BROWN, INC**        Michael Petkovich

**V.**

**CHRISTIAN L. KAMMERMANN**        David Korteling


**THIS MATTER CAME ON FOR HEARING ON:** Dft's [68] Motion for Summary Judgment - Argued and taken under advisement. Order to follow.